IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL ALLEN LINK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-152-Z-BR |
| UNITED STATES, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

On August 2, 2021, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation to Dismiss Complaint. (ECF No. 10). The Magistrate Judge recommends that the undersigned United States District Judge dismiss without prejudice Plaintiff's complaint for lack of subject matter jurisdiction. *Id.* at 6.

On August 16, 2021, Plaintiff filed Objections to the Findings, Conclusions, and Recommendation (ECF No. 11). After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the Magistrate Judge, and Plaintiff's objections, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation are **ADOPTED**. The Court hereby **ORDERS** that Plaintiff's Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED.**

August **23**, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE